THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW BRESLIN.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES FLANAGAN.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JOSHUA SILVERSTEIN v. STANDARD ACCIDENT INSURANCE COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

CHARLES ROSENBERG v. HARRY SCHWEITZER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ANNA FOX v. LOUIS COHEN.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

GEORGE W. DENNEDY v. I. SETH HIRSCH.— Motion granted with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

EUDORA S. VAN HORN v. FRANK M. VAN HORN.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

WATERBURY WALLACE COMPANY v. JAMES R. G. IVEY.— Applications granted. Orders signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

CHARLES H. CLARKE v. MOERLBACH SALES COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

EUGENE A. KOHUT v. ABRAHAM SCHOOR.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ISABELLA V. HALL v. CHRISTIAN DILG.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JOHN J. MCAULIFF v. UNITED FRUIT COMPANY. JOHN J. MCAULIFF v. BRADLEY W. PALMER.— Application granted. Orders signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

LOUIS A. ISRAEL v. DAVID UHR and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ABRAHAM BIENENZUCHT v. ISABEL ANDERSON.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

SIXTH AVENUE REALTY COMPANY v. M. ZEILER & COMPANY. (2 cases.) — Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

SEYMOUR SANDROWITZ v. SAMUEL STRULOWITZ.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.